

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Charles Robert Mayfield, Sr., Appellant

No. 06-24-00046-CR      v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 50901-B). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the duplicative court costs from "Court Costs: $290.00" to "Court Costs: $0." As modified, we affirm the judgment of the trial court.

We note that the appellant, Charles Robert Mayfield, Sr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 27, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk